IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:19-mj 379 |
| | ) | |
| JAMES C. HOWARD, | ) | Initial Appearance: September 4, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

COUNT I (Misdemeanor –7087976)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 26, 2019 at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant JAMES C. HOWARD did unlawfully make a photograph, sketch, picture, drawing, map, or graphical representation of a vital military installation or equipment without first obtaining permission of the commanding officer of the military installation.

(In violation of Title 18 United States Code Section 795.)

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *Elizabeth A.* [signature]
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703)-299-3854
Fax: (703)-299-3980
Email: elizabeth.banger.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be sent to the defendant JAMES C. HOWARD at 451 Clayton Lane, Alexandria, VA 22304 on August 28, 2019.

By: _____
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314