

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) DOCKET NO. 1:19-mj-00379 |
| | ) |
| JAMES C. HOWARD, | ) |
| | ) |
| Defendant. | ) |

O R D E R

Upon consideration of Defendant's Motion to Continue and for good cause shown and there being no objection by the Government, it is hereby

ORDERED that said motion is GRANTED; and it is

FURTHER ORDERED that the Rule 5 hearing date in this case currently scheduled for Monday, October 21, 2019, on the Ft. Belvoir/Ft. Myer Docket is continued until Monday, November 4, 2019, at 10:00 a.m. The Rule 5 hearing will be held in Courtroom 501 before the Honorable John F. Anderson, United States Magistrate Judge; and it is

FURTHER ORDERED that the Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia
October 17, 2019